# Court of Appeals
## Tenth Appellate District of Texas

10-26-00226-CR

In re Kenneth Dewanye Baze

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

Kenneth Dewanye Baze once again asks this Court to grant habeas corpus relief pursuant to article 11.08 of the Texas Code of Criminal Procedure and order Baze's release because of alleged constitutional violations resulting in Baze's arrest.

We have previously informed Baze that this Court does not have original habeas corpus jurisdiction, and we cannot rule on Baze's request to grant habeas corpus relief. *See In re Baze*, No. 10-26-00180-CR, 2026 Tex. App. LEXIS 4775, at *2 (Tex. App.—Waco May 21, 2026, no pet. h.) (not designated for publication).

Accordingly, this proceeding is dismissed.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  June 11, 2026

Before Chief Justice Johnson,
       Justice Smith, and
       Justice Harris
Dismissed
Do Not Publish
OT06

